Arthur BERENSON, Petitioner, v. COM-
MISSIONER OF INTERNAL REVE-
NUE, Respondent.

No. 246.

Circuit Court of Appeals, Second Circuit.

July 8, 1940.

Arthur Berenson, pro se, and Law-
rence Berenson, both of New York City,
and Bernard Berenson, of Boston, Mass.,
for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen.,
and Sewall Key, Carlton Fox, and Lee A.
Jackson, Sp. Assts. to the Atty. Gen., for
respondent.

Before SWAN, AUGUSTUS N. HAND,
and PATTERSON, Circuit Judges.

PER CURIAM.
Decision affirmed.

GOLDING BROS. CO., Inc., Petitioner, v.
COMMISSIONER OF INTERNAL
REVENUE, Respondent.

No. 17.

Circuit Court of Appeals, Second Circuit.

July 8, 1940.

Samuel O. Clark, Jr., Asst. Atty. Gen.,
and Sewall Key and F. E. Youngman, Sp.
Assts. to Atty. Gen., for respondent.

Before SWAN, AUGUSTUS N. HAND,
and PATTERSON, Circuit Judges.

PER CURIAM.
Decision affirmed.

Will S. FOX, Petitioner, v. COMMISSION-
ER OF INTERNAL REVENUE.

No. 7260.

Circuit Court of Appeals, Third Circuit.

July 12, 1940.

Theodore B. Benson, of Washington, D.
C., for petitioner.

William L. Cary, Sp. Asst. to Atty. Gen.,
of Washington, D. C., for respondent.

Before MARIS, JONES, and GOOD-
RICH, Circuit Judges.

PER CURIAM.
For the reasons sufficiently set forth in
the memorandum opinion of the Board of
Tax Appeals, its decision is affirmed.

George M. KELLER, Plaintiff-Appellant, v.
AMERICAN SALES BOOK COMPANY,
Inc., Defendant-Appellee.    (Two Actions
Consolidated).

No. 381.

Circuit Court of Appeals, Second Circuit.

July 8, 1940.

Harry C. Kayser, of New York City
(Earl D. Rader, of New York City, on the
brief), for appellant.

Stephen H. Philbin and William J.
Barnes, both of New York City, for ap-
pellee.

Before SWAN, AUGUSTUS N. HAND,
and PATTERSON, Circuit Judges.

PER CURIAM.
Judgment affirmed on the opinion below,
D.C., 26 F.Supp. 835.